UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ORTIZ, et al.,

Plaintiffs,

v.

DECKERS OUTDOOR CORP.,

Defendant.

Case No. 3:25-cv-09631-RFL

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND DENYING MOTION TO STAY**

Re: Dkt. No. 33

Plaintiffs Jose Ortiz and Laura Willis Albrigo reassert six claims in their First Amended Complaint, which Defendant Deckers now moves to dismiss. Aside from the unjust enrichment claim—which has been left untouched—Plaintiffs have cured the deficiencies in their earlier pleading.

The new allegations regarding Deckers' knowledge of falsity and real time data transmission are sufficient to support the fraud and wiretapping claims. (*See* Dkt. No. 31 ¶¶ 227–29 (describing Deckers' use of dashboards showing receipt of data by third parties despite users' opt-outs); *id.* ¶¶ 123–35). As to Rule 9(b), Albrigo has added sufficient allegations to support those elements of her fraud claim as to the Sanuk and Ugg websites. (*Id.* ¶¶ 153–54.) While the allegations about certain other websites are lacking, Plaintiffs have pled enough for their fraud claims to move forward at this stage. *See Brazil v. Dole Food Co., Inc.*, No. 12-CV-01831-LHK, 2013 WL 5312418, at *9 (N.D. Cal. Sept. 23, 2013) ("Finally, for the Substantially Similar Products, the SAC identifies the products and identifies the representations made on each, all of which are representations that also appear on the Purchased Products and

which therefore have already been described in depth. This is enough to satisfy Rule 9(b)." (citation omitted)). Fact issues regarding individual websites may be addressed as appropriate at a later stage.

The invasion of privacy and pen register claims survive for the reasons described in a plethora of prior cases. *See, e.g.*, *Asercion v. Ulta Salon, Cosmetics & Fragrance, Inc.*, No. 26-CV-02442-RFL, 2026 WL 2453175, at *5 (N.D. Cal. Aug. 21, 2026); *Lau v. Gen Digital Inc.*, No. 22-CV-08981-RFL, 2024 WL 1880161, at *2 (N.D. Cal. Apr. 3, 2024), *aff'd sub nom. Karwowski v. Gen Digital, Inc.*, No. 24-7213, 2025 WL 3002610 (9th Cir. Oct. 27, 2025); *Smith v. YETI Coolers, LLC*, 754 F. Supp. 3d 933, 945 (N.D. Cal. 2024); *Gilligan v. Experian Data Corp.*, No. 25-cv-02873-RFL, 2026 WL 32259, at *2 (N.D. Cal. Jan. 6, 2026); *Smith v. Rack Room Shoes, Inc.*, No. 24-CV-06709-RFL, 2025 WL 1085169, at *3 (N.D. Cal. Apr. 4, 2025).

Deckers' motion to dismiss is therefore **GRANTED** with prejudice and without leave to amend as to the unjust enrichment claim and **DENIED** in all other respects. Deckers' motion to stay and request for judicial notice are each **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: August 28, 2026

RITA F. LIN
United States District Judge