TRAVIS P. BRENNAN, State Bar No. 238119
tbrennan@stradlinglaw.com
SEAN THOMAS LOBB, State Bar No. 324213
stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660
Telephone: (949) 725-4000
Fax: (949) 725-4100

Attorneys for Defendant
DECKERS OUTDOOR CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ORTIZ and LAURA WILLIS ALBRIGO, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DECKERS OUTDOOR CORP.,<br><br>Defendant. | CASE NO. 3:25-cv-09631-RFL<br><br>Hon. Rita F. Lin<br><br>**DEFENDANT DECKERS OUTDOOR CORP.'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>FAC Filed: May 26, 2026 |

Under Federal Rule of Civil Procedure 12, defendant Deckers Outdoor Corp. ("Defendant") answers the First Amended Class Action Complaint (the "Complaint") of Jose Ortiz and Laura Willis Albrigo (collectively, "Plaintiffs") as follows.

## INTRODUCTION

1. Defendant admits that it owns the hoka.com, teva.com, and ugg.com websites, and that those websites display cookie consent banners to website visitors. Defendant otherwise denies the allegations in Paragraph 1.[1]

2. Defendant denies the allegations in Paragraph 2.

3. Defendant denies the allegations in Paragraph 3.

4. Defendant denies the allegations in Paragraph 4.

5. Defendant denies the allegations in Paragraph 5.

6. Defendant denies the allegations in Paragraph 6.

## THE PARTIES

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7, and on that basis denies them.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8, and on that basis denies them.

9. Defendant admits the allegations in Paragraph 9.

## JURISDICTION AND VENUE

10. Paragraph 10 contains a legal conclusion for which no response is required.

11. Paragraph 11 contains a legal conclusion for which no response is required.

12. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12, and on that basis denies them.

13. Paragraph 13 contains a legal conclusion for which no response is required.

---

[1] Defendant expressly reserves the right to file a Federal Rule of Civil Procedure 11 motion for sanctions against Plaintiffs for the multiple false allegations that Plaintiffs knowingly made in the Complaint. For instance, Plaintiffs have long been on notice that Defendant has not operated or owned the www.sanuk.com website, yet, Plaintiffs made multiple false allegations otherwise in the Complaint.

14. Paragraph 14 contains a legal conclusion for which no response is required.

**SUBSTANTIVE ALLEGATIONS**

15. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15, and on that basis denies them.

16. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16, and on that basis denies them.

17. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17, and on that basis denies them.

18. Paragraph 18 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18, and on that basis denies them.

19. Paragraph 19 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19, and on that basis denies them.

20. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20, and on that basis denies them.

21. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21, and on that basis denies them.

22. Paragraph 22 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22, and on that basis denies them.

23. Paragraph 23 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23, and on that basis denies them.

24. Defendant admits that it owns and operates the hoka.com, teva.com, and ugg.com websites, and that those websites allow visitors to receive information about its products and purchase products. Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 24, and on that basis denies them.

25. Paragraph 25 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25, and on that basis denies them.

26. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26, and on that basis denies them.

27. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27, and on that basis denies them.

28. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28, and on that basis denies them.

29. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29, and on that basis denies them.

30. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30, and on that basis denies them.

31. Defendant denies the allegations in paragraph 31.

32. Defendant denies the allegations in Paragraph 32.

33. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33, and on that basis denies them.

34. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34, and on that basis denies them.

35. Paragraph 35 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 35, and on that basis denies them.

36. Defendant denies the allegations in Paragraph 36.

37. Defendant denies the allegations in Paragraph 37.

38. Defendant admits that the hoka.com, ugg.com, and teva.com include search bars where users can enter information. Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 38, and on that basis denies them.

39. Defendant admits that the hoka.com, ugg.com, and teva.com include search bars where users can enter information. Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 39, and on that basis denies them.

40. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40, and on that basis denies them.

41. Defendant denies the allegations in Paragraph 41.

42. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42, and on that basis denies them.

43. Defendant denies the allegations in Paragraph 43.

44. Defendant admits that the hoka.com, ugg.com, and teva.com websites allow a user to search for where a product is sold. Defendant otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44, and on that basis denies them.

45. Defendant denies the allegations in Paragraph 45.

46. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46, and on that basis denies them.

47. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47, and on that basis denies them.

48. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48, and on that basis denies them.

49. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49, and on that basis denies them.

50. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50, and on that basis denies them.

51. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51, and on that basis denies them.

52. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52, and on that basis denies them.

53. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53, and on that basis denies them.

54. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54, and on that basis denies them.

55. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55, and on that basis denies them.

56. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56, and on that basis denies them.

57. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57, and on that basis denies them.

58. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58, and on that basis denies them.

59. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59, and on that basis denies them.

60. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60, and on that basis denies them.

61. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61, and on that basis denies them.

62. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62, and on that basis denies them.

63. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63, and on that basis denies them.

64. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64, and on that basis denies them.

65. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65, and on that basis denies them.

66. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66, and on that basis denies them.

67. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67, and on that basis denies them.

68. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68, and on that basis denies them.

69. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69, and on that basis denies them.

70. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70, and on that basis denies them.

71. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71, and on that basis denies them.

72. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72, and on that basis denies them.

73. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73, and on that basis denies them.

74. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74, and on that basis denies them.

75. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75, and on that basis denies them.

76. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76, and on that basis denies them.

77. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77, and on that basis denies them.

78. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78, and on that basis denies them.

79. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79, and on that basis denies them.

80. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80, and on that basis denies them.

81. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81, and on that basis denies them.

82. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82, and on that basis denies them.

83. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83, and on that basis denies them.

84. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84, and on that basis denies them.

85. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85, and on that basis denies them.

86. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86, and on that basis denies them.

87. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87, and on that basis denies them.

88. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 88, and on that basis denies them.

89. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89, and on that basis denies them.

90. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90, and on that basis denies them.

91. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 91, and on that basis denies them.

92. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 92, and on that basis denies them.

93. Defendant denies the allegations in Paragraph 93.

94. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94, and on that basis denies them.

95. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 95, and on that basis denies them.

96. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 96, and on that basis denies them.

97. Defendant denies the allegations in Paragraph 97.

98. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98, and on that basis denies them.

99. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99, and on that basis denies them.

100. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100, and on that basis denies them.

101. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101, and on that basis denies them.

102. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 102, and on that basis denies them.

103. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103, and on that basis denies them.

104. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 104, and on that basis denies them.

105. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 105, and on that basis denies them.

106. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 106, and on that basis denies them.

107. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 107, and on that basis denies them.

108. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108, and on that basis denies them.

109. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109, and on that basis denies them.

110. Defendant denies the allegations in Paragraph 110.

111. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 111, and on that basis denies them.

112. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 112, and on that basis denies them.

113. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 113, and on that basis denies them.

114. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 114, and on that basis denies them.

115. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 115, and on that basis denies them.

116. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 116, and on that basis denies them.

117. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 117, and on that basis denies them.

118. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 118, and on that basis denies them.

119. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 119, and on that basis denies them.

120. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 120, and on that basis denies them.

121. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121, and on that basis denies them.

122. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122, and on that basis denies them.

123. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123, and on that basis denies them.

124. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124, and on that basis denies them.

125. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125, and on that basis denies them.

126. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 126, and on that basis denies them.

127. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127, and on that basis denies them.

128. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 128, and on that basis denies them.

129. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129, and on that basis denies them.

130. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130, and on that basis denies them.

131. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 131, and on that basis denies them.

132. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 132, and on that basis denies them.

133. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133, and on that basis denies them.

134. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 134, and on that basis denies them.

135. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135, and on that basis denies them.

136. Defendant denies the allegations in Paragraph 136.

137. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 137, and on that basis denies them.

138. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 138, and on that basis denies them.

139. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 139, and on that basis denies them.

140. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 140, and on that basis denies them.

141. Defendant denies the allegations in Paragraph 141.

## PLAINTIFFS' EXPERIENCES

### PLAINTIFF ORTIZ

142. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 142, and on that basis denies them.

143. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 143, and on that basis denies them.

144. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 144, and on that basis denies them.

145. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 145, and on that basis denies them.

146. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 146, and on that basis denies them.

147. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 147, and on that basis denies them.

148. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 148, and on that basis denies them.

149. Defendant denies the allegations in Paragraph 149.

150. Defendant denies the allegations in Paragraph 150.

151. Defendant denies the allegations in Paragraph 151.

152. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 152, and on that basis denies them.

**PLAINTIFF WILLIS ALBRIGO**

153. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 153, and on that basis denies them.

154. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 154, and on that basis denies them.

155. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 155, and on that basis denies them.

156. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 156, and on that basis denies them.

157. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 157, and on that basis denies them.

158. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158, and on that basis denies them.

159. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 159, and on that basis denies them.

160. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 160, and on that basis denies them.

161. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 161, and on that basis denies them.

162. Defendant denies the allegations in Paragraph 162.

163. Defendant denies the allegations in Paragraph 163.

164. Defendant denies the allegations in Paragraph 164.

165. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 165, and on that basis denies them.

## CLASS ACTION ALLEGATIONS

166. Paragraph 166 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 166, and on that basis denies them.

167. Paragraph 167 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 167, and on that basis denies them.

168. Paragraph 168 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 168, and on that basis denies them.

169. Defendant denies the allegations in Paragraph 169.

170. Defendant denies the allegations in Paragraph 170.

171. Defendant denies the allegations in Paragraph 171.

172. Defendant denies the allegations in Paragraph 172.

173. Defendant denies the allegations in Paragraph 173.

## COUNT I

### Invasion Of Privacy

174. Defendant incorporates by reference the prior paragraphs as if fully set forth here.

175. Paragraph 175 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 175, and on that basis denies them.

176. Defendant denies the allegations in Paragraph 176.

177. Defendant denies the allegations in Paragraph 177.

178. Paragraph 178 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 178, and on that basis denies them.

179. Defendant denies the allegations in Paragraph 179.

180. Defendant denies the allegations in Paragraph 180.

181. Defendant denies the allegations in Paragraph 181.

182. Defendant denies the allegations in Paragraph 182.

183. Defendant denies the allegations in Paragraph 183.

184. Defendant denies the allegations in Paragraph 184.

185. Defendant denies the allegations in Paragraph 185.

**COUNT II**

**Intrusion Upon Seclusion**

186. Defendant incorporates by reference the prior paragraphs as if fully set forth here.

187. Paragraph 187 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187, and on that basis denies them.

188. Defendant denies the allegations in Paragraph 188.

189. Defendant denies the allegations in Paragraph 189.

190. Defendant denies the allegations in Paragraph 190.

191. Defendant denies the allegations in Paragraph 191.

192. Defendant denies the allegations in Paragraph 192.

193. Defendant denies the allegations in Paragraph 193.

194. Defendant denies the allegations in Paragraph 194.

195. Defendant denies the allegations in Paragraph 195.

**COUNT III**

**Wiretapping in Violation of the California Invasion of Privacy Act**

**(California Penal Code § 631)**

196. Defendant incorporates by reference the prior paragraphs as if fully set forth here.

197. Paragraph 197 contains a legal conclusion for which no response is required.

198. Paragraph 198 contains a legal conclusion for which no response is required.

199. Paragraph 199 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant denies the allegations in Paragraph 199.

200. Defendant denies the allegations in Paragraph 200.

201. Paragraph 201 contains a legal conclusion for which no response is required.

202. Defendant denies the allegations in Paragraph 202.

203. Defendant denies the allegations in Paragraph 203.

204. Defendant denies the allegations in Paragraph 204.

205. Defendant denies the allegations in Paragraph 205.

206. Paragraph 206 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206, and on that basis denies them.

207. Defendant denies the allegations in Paragraph 207.

208. Defendant denies the allegations in Paragraph 208.

209. Defendant denies the allegations in Paragraph 209.

210. Defendant denies the allegations in Paragraph 210.

**COUNT IV**

**Use of a Pen Register in Violation of the California Invasion of Privacy Act**

**(California Penal Code § 638.51)**

211. Defendant incorporates by reference the prior paragraphs as if fully set forth here.

212. Paragraph 212 contains a legal conclusion for which no response is required.

213. Paragraph 213 contains a legal conclusion for which no response is required.

214. Paragraph 214 contains a legal conclusion for which no response is required.

215. Defendant denies the allegations in Paragraph 215.

216. Defendant denies the allegations in Paragraph 216.

217. Paragraph 217 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 217, and on that basis denies them.

218. Paragraph 218 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 218, and on that basis denies them.

219. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 219, and on that basis denies them.

220. Defendant denies the allegations in Paragraph 220.

221. Defendant denies the allegations in Paragraph 221.

**COUNT V**

**Common Law Fraud, Deceit and/or Misrepresentation**

222. Defendant incorporates by reference the prior paragraphs as if fully set forth here.

223. Defendant denies the allegations in Paragraph 223.

224. Defendant denies the allegations in Paragraph 224.

225. Paragraph 225 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 225, and on that basis denies them.

226. Paragraph 226 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 226, and on that basis denies them.

227. Paragraph 227 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 227, and on that basis denies them.

228. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 228, and on that basis denies them.

229. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 229, and on that basis denies them.

230. Paragraph 230 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 230, and on that basis denies them.

231. Defendant denies the allegations in Paragraph 231.

232. Defendant denies the allegations in Paragraph 232.

233. Defendant denies the allegations in Paragraph 233.

234. Defendant denies the allegations in Paragraph 234.

235. Defendant denies the allegations in Paragraph 235.

236. Defendant denies the allegations in Paragraph 236.

237. Defendant denies the allegations in Paragraph 237.

238. Defendant denies the allegations in Paragraph 238.

239. Defendant denies the allegations in Paragraph 239.

240. Defendant denies the allegations in Paragraph 240.

## COUNT VI

**Unjust Enrichment[2]**

## PRAYER FOR RELIEF

Defendant denies the allegations in the Complaint's Prayer for Relief and denies that Plaintiffs are entitled to any relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim and Lack of Standing)**

Plaintiffs' Complaint fails to state a claim against Defendant upon which relief may be granted, and Plaintiffs' lack proper standing.

### SECOND AFFIRMATIVE DEFENSE

**(No Proximate Cause)**

Defendant's alleged conduct was not the proximate cause of any alleged injury or damages to Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

**(No Damages)**

Defendant's alleged conduct did not damage or injure Plaintiffs in any way.

[2] The Court dismissed this cause of action with prejudice on August 31, 2026. (Dkt. No. 42.)

**FOURTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

Plaintiffs would be unjustly enriched if allowed to recover on the Complaint.

**FIFTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

The Complaint is barred, in whole or in part, because Defendant acted in good faith.

**SIXTH AFFIRMATIVE DEFENSE**

**(Waiver/Release)**

Plaintiffs' claims and/or recovery are barred, in whole or in part, because Plaintiffs, by their acts, omissions, and/or conduct have waived and/or released their rights, if any, to pursue the claims in the Complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Consent)**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs at all times gave their consent, express or implied, to any and all acts, omissions, and conduct as alleged in the Complaint.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Dismissal Order)**

The claims and allegations in the Complaint are barred or rendered moot, in part, by the Court's order granting in part Defendant's motion to dismiss (Dkt. No. 42).

**NINTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Plaintiffs' Complaint is barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

**(Adequate Notice)**

Plaintiffs' claims are barred, in whole or in part, because the actions complained of were taken after providing adequate notice to the relevant individual as required by law.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

Plaintiffs' Complaint is barred in whole or in part by Plaintiffs' negligence, fault, assumption of risk or otherwise from any and/or all legal or equitable relief against Defendant, as requested in the Complaint or otherwise.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(One Satisfaction)**

The Complaint, and each cause of action alleged, impermissibly seeks to recover penalties under multiple or different theories for the same or similar alleged unlawful acts.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Unreasonable and Bad Faith)**

Defendant is informed and believes that further investigation and discovery will reveal, and on that basis alleges, that the Complaint and each and every cause of action, or some of them, are unreasonable and/or were filed in bad faith and/or are frivolous and, for that reason, justify an award of attorney fees against Plaintiffs and their attorneys.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Adequate Remedy at Law)**

The Complaint and each cause of action, or some of them, is barred because, to the extent that Plaintiffs seek to recover equitable relief, Plaintiffs are not entitled to such relief because they have an adequate remedy at law.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Compliance With Law)**

The Complaint, and each cause of action alleged, fails because the actions taken by Defendant were in full compliance with the law.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(No Statutory or Punitive Damages)**

Any of Plaintiffs' claim for statutory and punitive damages, are barred or reduced by applicable law or are unconstitutional insofar as they violate the due process protections afforded by the United States Constitution, the excessive fines clause of the Eighth Amendment of the United States Constitution, and Article 1, Section 17 of the Constitution of the State of California.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Class Action Waiver and Requirements)**

This action may not be properly maintained or certified as a class action because, among other reasons Plaintiffs and members of the putative class waived the right to participate in a class action by consenting to Defendant's terms and conditions of use and because none of the requirements of Federal Rule of Civil Procedure 23 can be met.

By way of example only, Plaintiffs and class members cannot show that any information allegedly intercepted or disclosed relates specifically to them. Because more than one individual may have access to a single device or computer, mini-trials would be necessary to determine if the information allegedly collected related to each and every individual actually using the computers and/or computer browsers at issue. Additionally, individualized inquiries are required to determine: (i) whether each putative class member actually opted out of cookies; (ii) the specific cookies, if any, that were transmitted during each visit; (iii) each class member's browser and device settings; (iv) whether each class member had cookie-blocking or ad-blocking software enabled; (v) each class member's subjective expectations and beliefs regarding privacy; (vi) whether each class member suffered any cognizable injury; and (vii) the circumstances of each class member's website visit, including the date, time, and manner of interaction with the websites, among other things.

If the Court certifies a class in this action, then Defendant asserts the affirmative defenses set forth herein against each and every member of the certified class. Additionally, given the lack of discovery and aggregated nature of Plaintiffs' claims, it is not feasible for Defendant to forecast potential affirmative defenses that might apply to any given absent class member at this time.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights to Assert Additional Affirmative Defenses)**

Defendant reserves its right to amend this Answer and to assert any additional defenses and/or supplement or modify this Answer as may be warranted by the revelation of information during discovery and Defendant's further investigation of the Complaint's allegations.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Lack of Legally Protected Privacy Interest)**

The claims and allegations in the Complaint are barred, in whole or in part, because Plaintiffs and the putative class members do not maintain a legally protected privacy interest over any data allegedly collected.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Barred by Contract)**

The claims and allegations in the Complaint are barred, in whole or in part, by contracts and/or agreements between Plaintiffs (or putative class members) and Defendant and/or the Third Parties.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(No Derivative Liability for Aiding Violation)**

The claims and allegations in the Complaint are barred, in whole or in part, because Defendant has neither conspired to obtain nor aided any third parties in unlawfully obtaining Plaintiffs' information.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Party to Communications)**

The claims and allegations in the Complaint are barred, in whole or in part, because Defendant was a party to any and all communications Defendant allegedly received, and therefore no actionable interception occurred. A party cannot be held liable for "wiretapping" or "eavesdropping" on its own communications. To the extent a third party received Plaintiffs' communications, they were acting as Defendant's vendor or agent providing services on Defendant's behalf rather than as an independent eavesdropper. Such third parties functioned as

mere extensions of Defendant for the purpose of operating and optimizing the websites and are not "third parties" under applicable law.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Mistake and Lack of Requisite Knowledge or Intent)**

The claims and allegations in the Complaint are barred, in whole or in part, because Defendant reasonably relied on facts and if those facts are later proven to be false and/or result from bona fide error, Defendant lacked the knowledge or intent required to be held liable for any alleged violation or intrusion upon Plaintiffs' privacy rights.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

The claims and allegations in the Complaint are barred, in whole or in part, to the extent discovery reveals that Plaintiffs and/or class members failed to mitigate their damages. For example, to the extent Plaintiffs and putative class members had notice regarding the information any third party allegedly received about them, they are barred, in whole or in part, from recovering damages. Plaintiffs and putative class members are also barred, in whole or in part, from recovering damages based on the alleged disclosure of information that they publicized through other channels, such as social media.

Plaintiffs and putative class members are also barred, in whole or in part, from recovering damages to the extent they did not attempt to use settings that would limit the data shared with the websites and/or third parties. Plaintiffs and putative class members are also barred, in whole or in part, from recovering damages to the extent they failed to read disclosures that would have put them on notice of Defendant's use of data as disclosed in Defendant's terms and policies.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Election of Remedies)**

The claims and allegations in the Complaint are barred, in whole or in part, by the doctrine of election of remedies, because they seek inconsistent and conflicting relief that will more than make Plaintiffs and class members whole.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(No Entitlement to Interest or Fees)**

Plaintiffs and the class members are not entitled to their requested amount, or rate, of pre- or post- judgment interest. Nor are they entitled to recover attorneys' fees or other costs and expenses.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Indispensable Party)**

The claims and allegations in the Complaint are barred, in whole or in part, because Plaintiffs have failed to join necessary and indispensable parties to the action.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(Preemption)**

Plaintiffs' and class members' claims are preempted, expressly or impliedly, in whole or in part, by any applicable federal laws and regulations.

**THIRTIETH AFFIRMATIVE DEFENSE**

**(Authorized Conduct)**

Defendant's conduct is authorized, in whole or in part, by California Business & Professions Code Section 22575 et seq. ("CalOPPA"), and any similar statutes, with which Defendant complied by publishing their privacy policy.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

**(Binding Arbitration)**

Defendant reserves and asserts the right to compel arbitration and stay this action pursuant to the governing agreement if discovery reveals Plaintiffs or any class member consented and/or agreed to submit disputes to binding arbitration.

**PRAYER**

Defendant prays for judgment as follows:

1. That Plaintiffs take nothing on their Complaint;
2. That Plaintiffs' claims be dismissed with prejudice;
3. That Defendant be awarded its costs of suit; and

4. For any other relief that the Court may deem just and proper.

DATED: September 14, 2026

STRADLING YOCCA CARLSON & RAUTH LLP

By: ______________________________
Travis P. Brennan
Sean Thomas Lobb

Attorneys for Defendant
DECKERS OUTDOOR CORP.